UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH LOPEZ,<br><br>Defendant. | CASE NO.:  24-CR-1521-CAB<br>26-CR-0682-CAB<br><br>**ORDER FOR EMERGENCY MOTION FOR TEMPORARY RELEASE TO OBTAIN MEDICAL CARE** |

Good cause appearing, **IT IS HEREBY ORDERED** that Ms. Elizabeth Lopez be temporarily released on April 7, 2026, to obtain medical care. Ms. Lopez shall be ordered released at 7:00 a.m. on April 7, 2026, to be transported to her medical appointment. Ms. Lopez shall return to custody of the El Centro Detention Facility by 7:00 p.m. the same day.

**IT IS FURTHER ORDERED** that defense counsel shall notify the Court of defendant's return to custody no later than Wednesday, April 8, 2026.

**IT IS SO ORDERED.**

Dated:  April 3, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge